MICHAEL G. COLANTUONO, State Bar No. 143551
MColantuono@chwlaw.us
JENNIFER L. PANCAKE, State Bar No. 138621
JPancake@chwlaw.us
DAVID J. RUDERMAN, State Bar No. 245989
DRuderman@chwlaw.us
NIKHIL S. DAMLE, State Bar No. 297350
NDamle@chwlaw.us
COLANTUONO, HIGHSMITH & WHATLEY, PC
420 Sierra College Drive, Suite 140,
Grass Valley, CA 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF ROSEVILLE and CHRIS ROBLES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD J. RYAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSEVILLE, a municipal corporation; ROSEVILLE COMMUNITY DEVELOPMENT CORPORATION, a non-profit public benefit corporation; UNIVERSITY DEVELOPMENT FOUNDATION, a foreign corporation; CHRIS ROBLES, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01453-MCE-DB<br><br>ORDER MODIFYING<br>INITIAL PRETRIAL SCHEDULING ORDER |

**ORDER**

Good cause appearing, the Court orders that the Initial Pretrial Scheduling Order in civil action number 2:17-cv-01453-MCE-DB titled <u>Richard J. Ryan v. City of Roseville, et al.</u>, is amended to reflect the following changes:

1. All non-expert discovery shall be completed no later than February 23, 2019.

2. The initial disclosures of Defendant the City of Roseville, required by Rule 26(c) of the Federal Rules, shall be made not later than fourteen (14) days after this

1
ORDER                    CASE NO.: 2:17-CV-01453-MCE-DB

Court has issued its ruling on the City's pending Motion to Dismiss, Strike, and For a More Definite Statement.

3. The initial disclosures of Defendant Chris Robles, required by Rule 26(c) of the Federal Rules, shall be made fourteen (14) days after this Court has issued its ruling on the Robles' pending Motion to Dismiss, Strike, and For a More Definite Statement.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE