UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. RYAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ROSEVILLE, a municipal corporation;<br>ROSEVILLE COMMUNITY DEVELOPMENT CORPORATION, a non-profit public benefit corporation;<br>UNIVERSITY DEVELOPMENT FOUNDATION, a foreign corporation;<br>CHRIS ROBLES, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:17-CV-01453-MCE-DB<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Good cause appearing, the Court orders that the Initial Pretrial Scheduling Order ("PTSO") (ECF No. 4), as modified on May 15, 2018 (ECF No. 33), and October 1, 2018 (ECF No. 38) in civil action number 2:17-cv-01453-MCE-DB titled <u>Richard J. Ryan v. City of Roseville, et al.</u>, be amended to reflect the following changes:

1. The request to extend the deadline to provide initial disclosures as outlined in Defendants City of Roseville ("City"), Roseville Community Development Corporation ("RCDC"), and Chris Robles's ("Robles") Joint Ex Parte Application to modify the PTSO (ECF No. 39), is GRANTED.

1

2. The initial disclosures of Defendant City, as required by Rule 26 of the Federal Rules of Civil Procedure, shall be made no later than fourteen (14) days after City has filed an answer to Plaintiff Richard J. Ryan's ("Ryan") operative complaint.

3. The initial disclosures of Defendant RCDC, as required by Rule 26 of the Federal Rules of Civil Procedure, shall be made no later than fourteen (14) days after RCDC has filed an answer to Plaintiff Ryan's operative complaint.

4. The initial disclosures of Defendant Robles, as required by Rule 26 of the Federal Rules of Civil Procedure, shall be made no later than fourteen (14) days after Robles has filed an answer to Plaintiff Ryan's operative complaint.

IT IS SO ORDERED.

Dated: October 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE