1  MICHAEL G. COLANTUONO, State Bar No. 143551
   MColantuono@chwlaw.us
2  JENNIFER L. PANCAKE, State Bar No. 138621
   JPancake@chwlaw.us
3  DAVID J. RUDERMAN, State Bar No. 245989
   DRuderman@chwlaw.us
4  NIKHIL S. DAMLE, State Bar No. 297350
   NDamle@chwlaw.us
5  COLANTUONO, HIGHSMITH & WHATLEY, PC
   420 Sierra College Drive, Suite 140,
6  Grass Valley, CA 95945-5091
   Telephone:  (530) 432-7357
7  Facsimile:   (530) 432-7356

8  Attorneys for Defendants
   CITY OF ROSEVILLE and CHRIS ROBLES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RICHARD J. RYAN, | Case No.: 2:17-cv-01453-MCE-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AMENDING PRETRIAL SCHEDULING ORDER** |
| CITY OF ROSEVILLE, a municipal corporation; ROSEVILLE COMMUNITY DEVELOPMENT CORPORATION, a non-profit public benefit corporation; UNIVERSITY DEVELOPMENT FOUNDATION, a foreign corporation; CHRIS ROBLES, an individual, and DOES 1 through 100, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

Upon consideration of the Parties' Joint Stipulation (ECF No. 68) and good cause appearing, the Court orders that the Pretrial Scheduling Order in civil action number 2:17-cv-01453-MCE-DB titled *Richard J. Ryan v. City of Roseville, et al.*, is amended to reflect the following changes:

> All non-expert discovery for all parties shall be completed no later than three hundred sixty-five (365) days from the latest-filed answer that any Defendant files to Plaintiff's operative pleading.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE