BROOMELL LAW FIRM
DOUGLAS P. BROOMELL (State Bar No.: 179188)
108 MAIN STREET
ROSEVILLE, CA 95678
Tel: (916) 899-1716
email: broomell@surewest.net

Attorney for Plaintiff
RICHARD J. RYAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RICHARD J. RYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF ROSEVILLE, a municipal corporation; ROSEVILLE COMMUNITY DEVELOPMENT CORPORATION, a non-profit public benefit corporation; UNIVERSITY DEVELOPMENT FOUNDATION, a foreign corporation; CHRIS ROBLES, an individual; PACIFIC STREET LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | Case No.: 2:17-CV-01453-MCE-DB<br><br>**ORDER TO CORRECT DEFENDANT NAME AND REQUEST FOR ISSUANCE FOR AMENDED SUMMONS** |

ORDER

**ORDER**

Upon consideration of the Parties' Joint Stipulation (ECF No. 71) and good cause appearing, the Court orders that Defendant Pacific Street LLC, identified in the Second Amended Complaint (ECF No. 42), shall be amended to read 110 Pacific Street LLC; that wherever Pacific Street LLC is identified in the Second Amended Complaint, it shall be deemed to be 110 Pacific Street LLC; and that the Court issue a new Summons naming 110 Pacific Street, LLC, a California limited liability company, as a Defendant in place and stead of Pacific Street, LLC.

IT IS SO ORDERED.

Dated: April 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER