UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. RYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ROSEVILLE et al.,<br><br>　　　　Defendants. | No. 2:17-cv-01453-MCE-DB<br><br><br>**ORDER** |

　　　　On August 6, 2019, this Court (1) dismissed Plaintiff's First Cause of Action ("COA") with leave to amend; (2) dismissed Plaintiff's Second COA without leave to amend; and (3) dismissed Plaintiff's Third, Fourth, and Fifth COAs as to Defendants City of Roseville, Chris Robles, and Roseville Community Development Corporation without leave to amend. Minute Order, ECF No. 79. Plaintiff was given twenty (20) days to file an amended complaint but has failed to do so. Id. After reviewing the parties' Joint Status Report, ECF No. 82, the Court makes the following rulings: (1) Plaintiff's First COA is DISMISSED without leave to amend and (2) the Court declines to exercise supplemental jurisdiction over the remaining state law claims.

///

///

///

1

1 | This action is hereby DISMISSED without leave to amend, and the Clerk of the
Court is directed to close the case.

IT IS SO ORDERED.

DATED: March 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE